

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Ronald Brooks Johnson and Debbie Lynn Johnson, Appellants

No. 06-24-00088-CV      v.

A-Anderson Air, Inc., Appellee

Appeal from the 415th District Court of Parker County, Texas (Tr. Ct. No. CV23-0182). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the trial court's judgment and remand the cause to the trial court for proceedings consistent with this opinion.

We further order that the appellee, A-Anderson Air, Inc., pay all costs of this appeal.

RENDERED FEBRUARY 26, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk